### Patents for Inventions—Reissue, when Void.

JOHNSON *v.* FLUSHING & NORTH SIDE R. Co., U. S. Sup. Ct. Oct. Term, 1881. Appeal from the circuit court of the United States for the eastern district of New York. The decision was rendered on May 8, 1882. Mr. Justice *Woods* delivered the opinion of the court, affirming the decree of the circuit court. Where the original patent could not be fairly construed to embrace

the device used by the appellee, which appellants insist is covered by their reissue, if the reissued patent covers it, it is broader than the original and is therefore void. Even if a patentee has a right to a reissue if applied for in seasonable time, the right may be lost by his laches and unreasonable delay. Where it is shown that the invention which appellants contend was covered by the original patent had been in general use long before the date of its issue, the patent is invalid.

Thomas Bracken and B. F. Butler, for appellants.

Andrew McCallum and S. D. Law, for appellee.

Cases Cited in the opinion: Giant Powder Co. v. Cal. Vigoret Powder Co. 6 Sawy. 508; S. C. 5 Fed. Rep. 197; Powder Co. v. Powder Works, 98 U. S. 126; Ball v. Langles, 102 U. S. 128; James v. Campbell, 3 Morr. Tr. 438; Miller v. Bridgeport Brass Co. Id. 419.